UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eugene Vincent Joiner,

Plaintiff,

v.

Det. Dave Giguere, et al.,

Defendants.

Civil 01-1889 PAM/FLN

ORDER

---

On October 19, 2001, the Court received a document in which the plaintiff in the above captioned case asked that the undersigned recuse himself from hearing this matter, because "of the prejudices of other cases heard by the Judges under Federal Rules of Civil Procedures 28 – 144." [Docket Entry #3].

Based upon all of the files, records and proceedings herein, the plaintiff's request is DENIED.

DATED: 10/31, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED 11-1-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________