# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Eugene Vincent Joiner

Plaintiff

v.

Det. Dave Giguere, Dennis P. Casey, Hone Judge Lloyd Zimmerman, Deputy Scheif and Two Unknown Deputies, et.al.,

Defendants

Case No. Civil 01-1889 PAM/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's application to proceed without prepayment of fees is denied. This action is dismissed without prejudice. Plaintiff is required to pay the unpaid balance of the court filing fee, namely the full $150. This action is dismissed on the grounds that it is frivolous, malicious or fails to state a claim on which relief may be granted.

DATE: December 4, 2001

RICHARD D. SLETTEN, CLERK

______________________________

Victoria Moralez, Deputy Clerk